UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ANGELA JANELL BURROWS, individually and as independent administrator of, and on behalf of, the ESTATE OF STEPHANIE GONZALES and STEPHANIE GONZALES' heirs-at-law, | § § § § § § § | |
| Plaintiff, | § § | CIV. ACT. NO. 7:20-CV-00062-DC |
| v. | § § | JURY DEMANDED |
| MIDLAND COUNTY, TEXAS; GEORGE DARRELL RHEA; MATTHEW FRANCIS GROESSEL; MONICA MARIE ALLEN; CITY OF MIDLAND, TEXAS; and BLAKE ALLEN BLANSCETT, | § § § § § § § | |
| Defendants. | § | |

## **ORDER ON TO DEFENDANTS' MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES**

The Court considered, on the date subscribed to this order, Defendants' Motion for Leave to Designate Responsible Third Parties and Plaintiff's Response and Objection to Defendants' Motion for Leave to Designate Responsible Third Parties. After considering the Motion and Response, the pleadings, and other papers on file, the Court finds that the Motion should be and is in all things DENIED.  Plaintiff's objection is SUSTAINED and Defendants' request for leave and Motion to name Amanda Marshall and Soluta Health, Inc., as responsible third parties is DENIED and OVERRULED.

Signed on this the _____ day of _____, 2020.

_____
JUDGE PRESIDING